UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHI BRIONES,<br><br>　　　　　　　Petitioner,<br>　　v.<br>WILLIAM REUBART, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:22-cv-00087-MMD-CSD<br><br>ORDER |

Petitioner Richi Briones, a Nevada state inmate proceeding *pro se*, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) Before the Court is Briones's application to proceed *in forma pauperis* ("IFP"). (ECF No. 3.)

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. *See* 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the Court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *See id.*

Although Briones submitted the required form, the supporting documents show he is able to pay the $5.00 filing fee. Thus, Briones does not qualify for a fee waiver. The Court therefore denies his IFP application and will give Briones 45 days to pay the $5.00 filing fee.

It is therefore ordered that Petitioner Richi Briones's application to proceed *in forma pauperis* (ECF No. 3) is denied.

It is further ordered that Briones must pay the $5.00 filing fee by May 2, 2022.

It is further ordered that this case will be dismissed without prejudice and without

further advance notice if Briones fails to comply with this order by the May 2, 2022 deadline.

The Clerk of Court is directed to sent Briones *two* copies of this order. Briones must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

The initial screening of Briones's petition under the Rules Governing Section 2254 Cases in the United States District Courts and consideration of the motion for appointment of counsel (ECF No. 1-2) are deferred to until such as Briones has fully complied with this order.

DATED THIS 21st Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE