UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00087-MMD-CSD<br><br>ORDER |

Petitioner Richi Briones has filed an unopposed motion for extension of time (first request). (ECF No. 14.) The Court finds good cause exists to grant the motion. It is therefore ordered that the unopposed motion for extension of time (ECF No. 14) is granted. Briones will have up to and including November 15, 2022, to file his first amended petition.

DATED THIS 18th Day of August 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE