UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00087-MMD-CSD<br><br>ORDER |

　　　　Petitioner Richi Briones has filed a motion for extension of time (third request). (ECF No. 19.) The Court finds good cause exists to grant the motion. It is therefore ordered that the motion for extension of time (ECF No. 19) is granted. Briones will have up to and including May 15, 2023, to file his first amended petition.

　　　　DATED THIS 14th Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE