UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>WILLIAM REUBART, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00087-MMD-CSD<br><br>ORDER |

Before the Court is Petitioner Richi Orlando Briones's Motion to File Exhibit Under Seal. (ECF No. 28 ("Motion").) Petitioner seeks leave to file one document under seal: Exhibit 1 (ECF No. 27), a medical report from Erik Messamore, M.D., Ph.D., dated June 22, 2023. Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that Petitioner's Motion (ECF No. 28) is granted, and Exhibit 1 (ECF No. 27) is considered properly filed under seal.

DATED THIS 5th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE